# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HALEY R. TAYLOR

VERSUS

TATYANA HOLDEN, ET AL.

NO.   2020 CW 0721

**NOVEMBER 23, 2020**

---

In Re:   Haley R. Taylor, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 651067.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

    **WRIT DENIED.**

                **JMM**
                **GH**
                **AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT